## IN THE UNITED STATES BANKRUPTCY COURT
### Northern District of Iowa

| | |
|---|---|
| **In the Matter of**: | : |
| | : Case No. 20-00889 |
| Justin T. Eichhorst | : |
| Pellagia E. Eichhorst | : Chapter 13 |
| | : |
| *Debtors.* | : |

### DEBTORS' SECOND MODIFIED PLAN

COME NOW the Debtors herein, by and through counsel, and modifies the Plan filed on the 14th day of July 2020, as modified by the Modified Plan(s) filed on the 11th day of September 2020, and confirmed by order of this Court on the 23rd day of October 2020, as follows:

1. Paragraph 1 of the Plan shall be amended to state: <u>Payments to the Trustee</u>: The future earnings or other future income of the debtor is submitted to the supervision and control of the Trustee. The debtor (or the debtor's employer), shall pay to the Trustee the sum of $1,477.23 per month for eleven (11) months and $993.00 for the remaining forty-nine (49) months of the plan.

The provisions and the terms of the original plan, to the extent that they are not inconsistent with the provisions herein, shall remain in full force and effect.

    Respectfully submitted,

*/s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz    AT0000438
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
PHONE: 319-234-1766
FACSIMILE: 319-234-1225
ATTORNEY FOR DEBTORS